UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENORAH REYNOSO,
    Plaintiff,

v.

KYLE ENDRES, ET AL,
    Defendant.

C.A. No. 22-cv-44-JJM-PAS

## JURY VERDICT SHEET

1. Do you find by a preponderance of the evidence that Denorah Reynoso's constitutional rights were violated by the use of excessive force?

    Kyle Endres           Yes _____ No ✓

    Raleek Byfield         Yes _____ No ✓

2. Do you find by a preponderance of the evidence that Ms. Reynoso was assaulted or battered under state law?

    Kyle Endres           Yes _____ No ✓

    Raleek Byfield         Yes _____ No ✓

**If you answered "No" to all of the above questions, your deliberations are over, you need not proceed any further.**

3. If you answered "Yes" to any part of questions 1 or 2, then state the amount of compensatory damages you are awarding Ms. Reynoso for which you answered "Yes" to.

    $ _____

4. If you awarded damages to Ms. Reynoso, then state whether or not you believe that Ms. Reynoso should be awarded interest. Please answer:

    Yes _____ No _____

Signature of Foreperson [redacted]    Date: July 17, 2025

1:45pm